PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER JIMENEZ ALVAREZ,<br>GUILLERMINA ALVAREZ, ET AL.<br><br>Defendants. | CASE NO. 1:18-CR-00247-JLT<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 31, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. By previous order, this matter was set for jury trial on May 31, 2022.

2. On March 10, 2022, this court ordered the trial of Creselda Ann Perez be severed from the trials of Javier Jimenez Alvarez and Guillermina Alvarez.

3. By this stipulation, defendants Javier Jimenez Alvarez and Guillermina Alvarez now move to vacate the jury trial, reset this matter for jury trial on October 3, 2022, at 9:00 a.m. and to exclude time between May 31, 2022, and October 3, 2022, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly or made available to counsel.

    b) Counsel for defendants desires additional time to consult with his clients, review the current charges, conduct investigation and research relating to the charges, and otherwise

1  prepared for trial.  Counsel for defendants has an impacted trial schedule that he expects will
2  continue until October 2022.
3        c)      Counsel for defendants believe that failure to grant the above-requested
4  continuance would deny counsel the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence.
6        d)      The government does not object to the continuance.
7        e)      Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.
10       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of May 31, 2022 to October 3, 2022,
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13 because it results from a continuance granted by the Court at defendants' request on the basis of
14 the Court's finding that the ends of justice served by taking such action outweigh the best interest
15 of the public and the defendant in a speedy trial.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION RE: SPEEDY TRIAL ACT; [~~PROPOSED~~]
FINDINGS AND ORDER

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: March 9, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | By: /s/ MARK J. McKEON<br>MARK J. McKEON<br>Assistant United States Attorney |
| Dated: March 9, 2022 | /s/ NICHOLAS F. REYES<br>NICHOLAS F. REYES<br>Counsel for Defendants<br>JAVIER JIMENEZ ALVAREZ<br>and GUILLERMINA ALVAREZ |

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

UNITED STATES DISTRICT JUDGE